1  KEITH M. WHITE #188536
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw, Suite 116
   Fresno, California 93704
4  Telephone: (559) 248-4820
5  Facsimile: (559) 248-4830

6  Attorneys for Defendants, DILJEET S. KHAHRA,
   individually and dba HWY 46 QUICK STOP;
7  MOHINDER KAUR KHAHRA, individually
   and dba HWY 46 QUICK STOP
8
9  TANYA E. MOORE #206683
   MOORE LAW FIRM, P.C.
10 332 North Second Street
   San Jose, CA  95112
11 Telephone:  (408) 298-2000
   Facsimile:  (408) 298-6046
12
13 Attorneys for Plaintiff, RACHEL LOBATO

14              UNITED STATES DISTRICT COURT
15              EASTERN DISTRICT OF CALIFORNIA

| RACHEL LOBATO,<br><br>          Plaintiff,<br><br>v.<br><br>DILJEET S. KHAHRA, individually and dba HWY 46 QUICK STOP; MOHINDER KAUR KHAHRA, individually and dba HWY 46 QUICK STOP, et al.,<br><br>          Defendants. | NO.   1:15-cv-01238-JLT<br><br>**SECOND STIPULATION TO EXTEND DEFENDANTS' DILJEET S. KHAHRA, INDIVIDUALLY AND DBA HWY 46 QUICK STOP; MOHINDER KAUR KHAHRA, INDIVIDUALLY AND DBA HWY 46 QUICK STOP, DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>Complaint Served:  August 18, 2015<br>Current Response Date:  October 6, 2015<br>New Response Date:  November 9, 2015<br>Scheduling Conf.:  November 24, 2015<br><br>(Doc. 9) |

27  ///
28  ///

1

[F:\Clients\13667-Khahra\Pldg\Stip Order Extend Time]

Plaintiff, RACHEL LOBATO ("Plaintiff") and Defendants, DILJEET S. KHAHRA, individually and dba HWY 46 QUICK STOP ("Diljeet"), and MOHINDER KAUR KHAHRA, individually and dba HWY 46 QUICK STOP ("Mohinder"), (Diljeet and Mohinder are collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the responsive pleading of Defendants is due on October 6, 2015;

WHEREAS, there has already been one stipulation for a 28-day extension of time to respond;

WHEREAS, Plaintiff and Defendants wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings;

WHEREAS, a further extension of time is necessary in order to complete the terms of the settlement between the parties and it is likely that the case will settle without further use of the Court's resources and time;

WHEREAS, the extension granted in this Stipulation will not affect or change any of the currently scheduled Court dates in this case.

NOW, THEREFORE, Plaintiff, through her attorney of record, and Defendants, through their attorney of record, hereby stipulate as follows:

1. That Defendants' time to respond to the Complaint is extended to November 9, 2015, which extension exceeds 28 days from the initial deadline.

Dated: October 5, 2015					COLEMAN & HOROWITT, LLP


						By:	/s/ Keith M. White
							KEITH M. WHITE
							Attorneys for Defendants,
							DILJEET S. KHAHRA, individually
							and dba HWY 46 QUICK STOP;
							MOHINDER KAUR KHAHRA, individually and
							dba HWY 46 QUICK STOP

(Signatures Continue on following page.)

2

[F:\Clients\13667-Khahra\Pldg\Stip Order Extend Time]

Dated: October 5, 2015      MOORE LAW FIRM, P.C.

By: /s/ Tanya E. Moore
TANYA E. MOORE
Attorneys for Plaintiff,
RACHEL LOBATO

### [PROPOSED] ORDER

The parties having so stipulated and good cause appearing, it is hereby ordered that Defendants shall have to and including November 9, 2015 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated: 10/22/15

_____
UNITED STATES MAGISTRATE JUDGE

3

[F:\Clients\13667-Khabra\Pldg\Stip Order Extend Time]