1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Rachel Lobato

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | No.  1:15-cv-01238---JLT |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION; [PROPOSED] ORDER** |
| vs. | |
| DILJEET S. KHAHRA, individually and dba HWY 46 QUICK STOP, et al., | **(Doc. 11)** |
| Defendants. | |

1   WHEREAS, the remaining Defendants Diljeet S. Khahra, individually and dba Hwy 46
2   Quick Stop; and Mohinder Kaur Kahra, individually and dba Hwy 46 Quick Stop have not filed
3   an answer or motion for summary judgment;

4   WHEREAS, Plaintiff and Defendants Diljeet S. Khahra, individually and dba Hwy 46
5   Quick Stop; and Mohinder Kaur Kahra, individually and dba Hwy 46 Quick Stop have settled
6   the matter;

7   WHEREAS, no counterclaim has been filed;

8   Plaintiff hereby respectfully requests that this action be dismissed with prejudice as to
9   Defendants Diljeet S. Khahra, individually and dba Hwy 46 Quick Stop; and Mohinder Kaur
10  Kahra, individually and dba Hwy 46 Quick Stop, pursuant to Federal Rule of Civil Procedure
11  41(a)(1)(A)(i), and the case closed in its entirety.

Date: November 13, 2015                    MOORE LAW FIRM, P.C.


                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff
                                            Rachel Lobato

## ORDER

On November 13, 2015, Plaintiff filed a notice of voluntary dismissal of the entire action. (Doc. 11)  The notice relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required for  the dismissal.  Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).   No defendant has answered or appeared in this action.

Based upon the foregoing, the Court **ORDERS**:

1. The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  **November 16, 2015**            /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE